UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FELIPE MANZARES,

                              **Plaintiff,**                  22-CV-01898 (LJL)(SN)

      -against-                                            **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendant filed the certified administrative record on July 11, 2022. ECF. No. 10. Accordingly, per the Court's March 7, 2022, order, Plaintiff's motion for judgment on the pleadings was due no later than September 9, 2022. See ECF No. 4. As of today no such motion has been filed. Plaintiff is warned that failure to prosecute this action may warrant dismissal under Rule 41(b) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:    September 30, 2022
                New York, New York