UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FELIPE MANZARES,

                              **Plaintiff,**                                    22-CV-01898 (SN)

               -against-                                            **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                              **Defendant.**
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      This is the Court's second occasion to issue an order directing the Plaintiff's counsel to better monitor this case. See ECF No. 11.

      On November 7, 2022, Plaintiff filed his motion for judgment on the pleadings. The Clerk of Court filed a deficiency notice on November 21, 2022, directing the Plaintiff to re-file his papers to comply with the Court's rules. Plaintiff has not complied with this instruction. Accordingly, it is ORDERED that Plaintiff file his Notice of Motion as one docket entry and his Memorandum of Law as a separate docket entry. Plaintiff must comply with this order by December 12, 2022.

      Notwithstanding this filing deficiency, because the Defendant had notice of the Plaintiff's motion by November 7, 2022, Defendant shall file its opposition by January 6, 2023, and Plaintiff may file a reply by January 27, 2023. No extensions to this schedule will be permitted unless they contemplate the motion being fully submitted by January 27, 2023.

**SO ORDERED.**

                                                                       _____
                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:    December 8, 2022
                 New York, New York