USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/8/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FELIPE MANZARES,

                            Plaintiff,                      22-CV-01898 (SN)

          -against-                                                **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        Plaintiff's Motion for Judgment on the Pleadings was initially filed on November 7, 2022. Plaintiff's reply, if any, was to be filed no later than January 27, 2023. See ECF No. 16. Because Plaintiff has made no such filing, this matter is now fully briefed.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:       February 8, 2023
                 New York, New York