**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
FELIPE MANZANARES,

                Plaintiff,                22 **CIVIL** 1898 (SN)

    -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated July 5, 2023, Manzanares's motion is DENIED, and the Commissioner's motion is GRANTED; accordingly, this case is closed.

**Dated:** New York, New York

      July 5, 2023

                                              **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                    **BY:**

                                                  **Deputy Clerk**